UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

REGINALD SCOTT,              :
                                      Civil Action No. 10-6168 (SRC)
         Petitioner,         :

     v.                      :         **O R D E R**

MICHELLE R. RICCI, et al.,   :

         Respondents.        :

This matter has come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254. It appears that:

1. Petitioner is currently confined at the New Jersey State Prison, Trenton, New Jersey.

2. Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor submitted a complete application to proceed in forma pauperis.

3. Petitioner's case was given a new docket number in December. Petitioner sent in a letter on December 9, 2010, asking for the new docket number so that he could pay the $5.00 filing fee. A note on the docket shows that the Clerk's Office mailed Petitioner a copy of his docket report; however, the filing fee has not yet been paid.

IT IS THEREFORE on this 10 day of May, 2011,

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed In Forma Pauperis in a Habeas Corpus Case, for use by a prisoner; and it is further

ORDERED that, if Petitioner wishes to proceed with this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608; Petitioner's writing shall include either: (1) a complete in forma pauperis application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is further

ORDERED that if Petitioner does not pay the filing fee or submit a complete in forma pauperis application within the 30 day period, his case will be administratively terminated for failure to pay the filing fee; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

_____
STANLEY R. CHESLER
United States District Judge