<u>**NOT FOR PUBLICATION**</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |  |
|---|---|---|
| REGINALD SCOTT, | : | |
| | : | Civil Action No. 10-6168(SRC) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| MICHELLE R. RICCI ET AL., | : | |
| | : | |
| Respondents. | : | |

**CHESLER**, District Judge:

    Petitioner is an inmate currently confined in New Jersey State Prison, Trenton, New Jersey. (Doc. No. 15.) On October 29, 2010, Petitioner filed a habeas petition under 28 U.S.C. § 2254, challenging his state conviction and sentence while his state post-conviction proceedings were still pending. (Doc. No. 1.) On December 3, 2012, this Court granted Petitioner's request to stay this matter until such time as Petitioner exhausted his pending state post-conviction proceedings. (Doc. Nos. 10-11.)

    The Court ordered that Petitioner file an all-inclusive, amended petition within thirty days from the date of exhaustion of his post-conviction relief proceedings. (<u>Id.</u>) By letter dated July 9, 2014, Petitioner requested that this Court reopen

1

his case because he exhausted his state law claims as of June 17, 2014. (Doc. No. 13.) Petitioner must file an amended, all-inclusive petition under 28 U.S.C. § 2254, containing all of the exhausted claims upon which he seeks relief, and he will be given thirty days from the date of this Memorandum and Order to do so. When the Clerk receives Petitioner's amended, all-inclusive petition, the Clerk will be directed to reopen this matter, and the Government will be directed to file a response.

**IT IS**, therefore, on this 10Th day of March, 2015

**ORDERED** that within thirty days of the date of this Memorandum and Order, Petitioner shall file an amended, all-inclusive petition containing his exhausted claims; and it is further

**ORDERED** that, upon the Clerk's receipt of Petitioner's timely amended, all-inclusive petition, the Clerk shall reopen this matter, and it is finally

**ORDERED** that the Clerk shall serve this Memorandum and Order upon Plaintiff by regular U.S. Mail.

_____
STANLEY R. CHESLER
United States District Judge